**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| JIMMY JEFFERS, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 3:25-cv-171 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | Magistrate Judge McCook |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

### <u>ORDER</u>

On July 16, 2026, United States Magistrate Judge Jill E. McCook filed a Report and Recommendation [Doc. 18] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's request for remand [Doc. 13] be denied and the Commissioner's decision be affirmed. No party has filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge McCook's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 18]. Plaintiff's request for remand [Doc. 13] is **DENIED,** and the Commissioner is **AFFIRMED**. This action is hereby **DISMISSED**. A separate judgment will enter.

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 18 at 16, n. 5]; *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED.**

/s/ Charles E. Atchley, Jr.
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2